FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2018 SEP 28 AM 10: 28

CLERK _____
SO. DIST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| VITALY NOVIKOV, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:17-cv-164 |
| | * | |
| v. | * | |
| | * | |
| PATRICK GARTLAND, | * | |
| | * | |
| Respondent. | * | |

## O R D E R

The Court has conducted an independent and *de novo* review of the entire record and concurs with and **ADOPTS** the Magistrate Judge's Report and Recommendation, dkt. no. 9. Petitioner Vitaly Novikov ("Novikov") did not file Objections to the Report and Recommendation. Thus, the Court **DISMISSES without prejudice** Novikov's 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Novikov *in forma pauperis* status on appeal.

**SO ORDERED**, this ___28___ day of ___September___, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)